NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAINBOW APPAREL, INC., *et al*, : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, : | **ORDER** |
| v. : | Civil Action No. 9-CV-05319 (DMC-MF) |
| KCC TRADING, INC., *et al*, : | |
| Defendants. : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before this Court upon motion by KCC Trading, Inc., Won Bok Choi, Misuk Choi and Ji Hae Choi a/k/a Vanessa Choi (collectively, "Defendants")[1] to transfer venue, upon motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and upon motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). Pursuant to Fed. R. Civ. P. 78, no oral argument was heard. After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this   26th   day of May, 2010;

**ORDERED** Defendants' motion to transfer is **denied**; and further,

**ORDERED** Defendants' motion to dismiss Plaintiffs' Complaint pursuant Fed. R. Civ. P. 12(b)(6) is **granted** with respect to Defendant Thomas Hill USA Co., Inc; and further,

**ORDERED** Defendants' motion to dismiss Plaintiffs' Complaint pursuant Fed. R. Civ. P.

---

[1] The remaining, non-moving Defendants include Thomas Hill Vina Co., Ltd, Thomas Hill USA Co., Inc. and Kyung Ho Kim a/k/a Kevin Kim.

12(b)(6) is **granted** with respect to Defendants Won Bok Choi and Misuk Choi in their individual capacities only; and further,

    **ORDERED** Defendants' motion to dismiss Plaintiffs' Complaint pursuant Fed. R. Civ. P. 12(b)(6) is **granted** with respect to Counts I, X and XI; and further,

    **ORDERED** Defendants' motion to dismiss Plaintiffs' Complaint pursuant Fed. R. Civ. P. 12(b)(6) is **denied** with respect to Counts II, III, VI, VII and VIII; and further,

    **ORDERED** Defendants' motion to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(2) is **denied**.

                       S/ Dennis M. Cavanaugh
                         Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |